# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Anthony Allen Bonwell,<br><br>   Petitioner,<br><br>vs.<br><br>Dora Schriro, et al.,<br><br>   Defendants. | )<br>)  **CV-06-473-TUC-DCB**<br>)<br>)  **ORDER**<br>)<br>)<br>)<br>)<br>)<br>) |

Magistrate Judge Velasco issued his Report and Recommendation on October 1, 2008, recommending that the District Court deny the Petition for Writ of Habeas Corpus and dismiss the action with prejudice. A copy was sent to all parties, notifying all parties that written objections must be filed within ten days of service. 28 U.S.C. §636(b). No objections to the Magistrate Judge's Report and Recommendation have been filed. Consequently, any objections that have not been raised are waived and will not be addressed by the Court.

The Court, having made an independent review of the record, orders as follows:

IT IS ORDERED that Magistrate Judge Velasco's Report and Recommendation (Doc. No. 22) is ACCEPTED and ADOPTED by this Court as the findings of fact and conclusions of law.

IT IS ORDERED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice in favor of Defendants. A Final Judgment shall enter separately.

DATED this 27th day of October, 2008.

David C. Bury
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28